| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TAEUS Corporation** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express Payments** PO Box 360001 Fort Lauderdale, FL 33336 | | business debt | | | | $34,868.23 |
| **Arthur and Katheelen Nutter** 4308 Ridgelane Drive Colorado Springs, CO 80918 | | business debt | | | | $45,001.78 |
| **Chris Brandin** 1502 East Pikes Peak Avenue Colorado Springs, CO 80909 | | business debt | | | | $45,633.09 |
| **DireenTech Inc.** 2750 Old North Gate Road Colorado Springs, CO 80921 | | business debt | | | | $60,457.78 |
| **Hire Horizons** 9696 Crawford Drive Pickerington, OH 43147 | | business debt | | | | $32,500.00 |
| **Insight Analytical Labs Inc** 11641 Ridgeline Drive Suite 150 Colorado Springs, CO 80921 | | business debt | | | | $29,609.06 |
| **Interisle Consulting Group, LLC** 14 Crusade Road Westford, MA 01886 | | business debt | | | | $47,227.50 |

| Debtor | TAEUS Corporation | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ironwood Experts LLC**<br>428 N SR 198, Suite A<br>Salem, UT 84653 | | business debt | | | | $60,912.50 |
| **Kilpatrick Townsend & Stockton, LLP**<br>Dept # 34542<br>PO Box 39000<br>San Francisco, CA 94139 | | business debt | | | | $19,194.00 |
| **LC Systems Service Inc.**<br>PMB 141<br>516 River Hwy, Suite D<br>Mooresville, NC 28117 | | business debt | | | | $20,160.00 |
| **Paetec**<br>PO Box 9001013<br>Louisville, KY 40290 | | business debt | | | | $24,967.65 |
| **Presidio LLC**<br>1282 Pacific Oaks Place<br>Escondido, CA 92029 | | business debt | | | | $289,618.21 |
| **Rapid Capital**<br>11900 Biscayne Blvd<br>Suite 201<br>Miami, FL 33181 | | business debt | | | | $270,620.00 |
| **Ron Eicher**<br>PO Box 116<br>343 2nd Street<br>Chugwater, WY 82210 | | business debt | | | | $34,282.50 |
| **Sandia, Inc.**<br>510 North Tejon Street<br>Colorado Springs, CO 80903 | | business debt | | | | $19,432.69 |
| **Santander Bank, NA**<br>PO Box 12768<br>Reading, PA 19612 | | business debt | | | | $93,972.80 |
| **Sparks Wilson**<br>24 South Tejon Street, Suite 400<br>Colorado Springs, CO 80903 | | business debt | | | | $39,111.48 |

Debtor  **TAEUS Corporation**
       Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TriNet Employer Group** 1100 San Leandro Blvd San Leandro, CA 94577 | | business debt | | | | $32,846.50 |
| **Wells Fargo Procotek Card** PO Box 51193 Los Angeles, CA 90051 | | business debt | | | | $71,738.58 |
| **Wells Fargo- Activation card** PO Box 51193 Los Angeles, CA 90051 | | business debt | | | | $98,259.65 |