# United States Bankruptcy Court
## District of Colorado

In re  **TAEUS Corporation**  
Debtor(s)

Case No. _____  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **TAEUS Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  2, 2015**  
Date

**/s/ Michael J. Davis**  
**Michael J. Davis 44287**  
Signature of Attorney or Litigant  
Counsel for   **TAEUS Corporation**  
**BKN Murray, LLP**  
**6795 E. Tennessee Ave. Ste. 330**  
**Denver, CO 80224**  
**303-758-5100**  
**mdavis@bknmurray.com**