**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 15-23313 EEB |
| TAEUS CORPORATION, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

---

## NOTICE OF CONTINUED RULE 2004 EXAMINATION OF ARTHUR M. NUTTER

---

NOTICE IS HEREBY GIVEN that The Official Unsecured Creditors' Committee will conduct an continued examination pursuant to Fed.R.Bankr.P. 2004 of Arthur M. Nutter, in his capacity as representative of the Debtor, at the law offices of Sender Wasserman Wadsworth, P.C., 1660 Lincoln Street, Suite 2200, Denver, CO 80264, commencing at 9:30 a.m. on October 11, 2016. Such examination will be before a certified court reporter authorized to administer oaths by stenographic, audio-visual and/or other means of recording, and shall continue from day to day until completed.

Dated this 2nd day of September, 2016.

Respectfully submitted,

SENDER WASSERMAN WADSWORTH, P.C.

*/s/ Aaron J. Conrardy*

Aaron J. Conrardy, #40030
1660 Lincoln Street, Suite 2200
Denver, CO 80264
Phone: (303) 296-1999/Fax: (303) 296-7600
aconrardy@sww-legal.com
Attorneys for The Official Unsecured Creditors' Committee

# CERTIFICATE OF SERVICE

I do hereby certify that on the 2nd day of September, 2016, I served a true and correct copy of the **NOTICE OF CONTINUED RULE 2004 EXAMINATION OF ARTHUR M. NUTTER** via U.S mail, postage prepaid, to the following:

Theodore Brin
Robert E. McGough
1601 Blake Street, Suite 305
Denver, CO 80202

TAEUS Corporation
4308 Ridgelane Drive
Colorado Springs, CO 80918

Michael J. Davis
6795 East Tennessee Avenue, Suite 330
Denver, CO 80224

US Trustee
1961 Stout Street, Ste. 12-200
Denver, CO 80294
Attn: Alan K. Motes

*/s/ Rhonda A. Hanshe*
For Sender Wasserman Wadsworth, P.C.