UNITED STATES BANKRUPTCY COURT
FOR THE DISTRCIT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 115-23313-EEB |
| **TAEUS CORPORATION** ) | Chapter 11 |
| ) | |
| Debtor. ) | |

### NOTICE OF FIRM NAME AND ADDRESS CHANGE

PLEASE TAKE NOTICE effective March 23, 2017, the law firm of BKN Murray, LLP, has changed its name to **DLG Law Group, LLC**. Mailing address for the attorneys has changed to 4100 E. Mississippi Ave. Ste. 420, Denver, CO 80246. Telephone and facsimile numbers have not changed.

**DATED** this 28th day of March, 2017

Respectfully Submitted,

DLG Law Group, LLC

*/s/ Michael J. Davis*
Michael J. Davis, Esq.
4100 E. Mississippi Ave. Ste. 420
Denver, CO 80246
Phone: 303-758-5100
Fax: 303-758-5055
Emails: mdavis@dlglaw.net

### CERTIFICATE OF SERVICE

The undersigned certifies that on March 28, 2017, a copy of the foregoing **NOTICE OF FIRM NAME AND ADDRESS CHANGE**, has been served on the following parties via PACER:

**Alan K. Motes**
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200

Denver, CO 80294
303-312-7999
Email: Alan.Motes@usdoj.gov

**Aaron J. Conrardy**
1660 Lincoln St.
Ste. 2200
Denver, CO 80264
303-296-1999
Fax : 303-296-7600
Email: aconrardy@sendwass.com

**Harvey Sender**
1660 Lincoln St.
Ste. 2200
Denver, CO 80264
303- 296-1999
Fax : 303-296-7600
Email: Sendertrustee@sendwass.com

**Katharine Sender**
1660 Lincoln St., Ste. 2200
Denver, CO 80264
303-296-1999
Fax : 303-296-7600
Email: ksender@sww-legal.com